In re:                                                              Case No. 19-01142-HWV
Sean Patrick Brady                                                  Chapter 7
Susan Louise Brady
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CynthiaBo          Page 1 of 1          Date Rcvd: Nov 13, 2019
                             Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db/jdb          +Sean Patrick Brady,    Susan Louise Brady,    15 Galway Drive,    Hanover, PA 17331-8634

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
         James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
          bkgroup@kmllawgroup.com
         Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
         Thomas E. Miller    on behalf of Debtor 2 Susan Louise Brady staff@tommillerlawoffice.com
         Thomas E. Miller    on behalf of Debtor 1 Sean Patrick Brady staff@tommillerlawoffice.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sean Patrick Brady,                                    Chapter        7

**Debtor 1**

                                                        Case No.       1:19–bk–01142–HWV
Susan Louise Brady,

**Debtor 2**

Social Security No.:
                          xxx–xx–5950              xxx–xx–5479
Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

### Steven M. Carr (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  November 13, 2019                    By the Court,

                                              Honorable Henry W. Van Eck
                                              United States Bankruptcy Judge
                                              By: CynthiaBoyle, Deputy Clerk

**fnldec** (05/18)